E-FILED

Thursday, 28 February, 2008  04:21:07 PM
Clerk, U.S. District Court, ILCD

AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

# JUDGMENT IN A CIVIL CASE

**ARTHUR EATON,**
**Petitioner,**

      vs.                                   Case Number:   **08-2028**

**UNITED STATES OF AMERICA,**
**Respondent.**

☐ **DECISION BY THE COURT**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that the petition for writ of habeas corpus is denied.  Case is terminated.

ENTER this 28th day of February 2008.

s/Pamela E. Robinson, Clerk

PAMELA E. ROBINSON, CLERK

s/K. Wynn
BY:  DEPUTY CLERK